### JONES *vs.* THE STATE OF GEORGIA.

On the trial of a defendant charged with the offense of shooting at another, it is error to charge that if defendant pointed a pistol at another and fired, it would be unnecessary to show that it was loaded with ball or shot, but the presumption of law would be that it was so loaded. See 45 *Ga.*, 477.

WARNER, Chief Justice.

---

### THE MARIETTA PAPER MANUFACTURING COMPANY *vs.* FAW.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

The bill of exceptions was certified by the presiding judge on the 25th of April, 1879. Service of the same was acknowledged by defendant's counsel in the following words, on the 6th of May, 1879: "Due and legal service acknowledged on the within bill of exceptions, and copy and all further service hereby waived."

A motion was made to dismiss the bill of exceptions because service was not acknowledged within ten days. The bill of exceptions must be dismissed. The question is not an open one. 50 *Ga.*, 358; Code, §4259. The act of 1877 does not cure the defect. That act is intended to cure want of sufficient service where the party not only waives the defect but consents to try the case, and such is its language.

Writ of error dismissed.

JACKSON, Justice.